GARDNER v. GARDNER.

(Supreme Court, Appellate Division, Second Department.   July 27, 1911.)

DIVORCE (§ 269*)—ALIMONY—ORDER OF COURT.
    Defendant in a divorce action, on his refusal to pay alimony as or-
dered on plaintiff's request, will be ordered to pay arrears, and, on de-
fault, arrested and committed until he does so.
    [Ed. Note.—For other cases, see Divorce, Cent. Dig. §§ 756–763; Dec.
Dig. § 269.*]

Appeal from Special Term, Nassau County.
Action by Elizabeth H. Gardner against Frank J. Gardner.   From
a part of an order, plaintiff appeals.   Affirmed as modified.
Argued before JENKS, P. J., and THOMAS, CARR, WOOD-
WARD, and RICH, JJ.

Pierre M. Brown, for appellant.
Henry J. Goldsmith, for respondent.

THOMAS, J.   The defendant, served with a copy of the decree
which commanded him to pay the plaintiff alimony on the 1st day
of each month, has ignored it, and makes no answer to the plaintiff's
statement that repeated demands have been made upon him, and that
he absents himself from the state, or when in the state keeps himself
concealed to avoid service of process.   When the court directs, obe-
dience should follow, and sufficient appears to justify the conclusion
that the plaintiff has asked for such obedience.

The order should provide for payment for arrears of alimony, and
in default that a warrant issue for his arrest and committal until such
payment, with $10 costs and disbursements, and $10 costs of the mo-
tion, and as so modified the order should be affirmed.   All concur.